UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES W. TURNEY-BOZELL,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, KEYBANK N.A., LITTON MORTGAGE, INC., JP MORGAN CHASE BANK N.A., and ONEMAIN FINANCIAL INC.,<br><br>Defendants. | Case No. 1:19-cv-02571-TWP-MJD |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JAMES W. TURNEY-BOZELL ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, JP MORGAN CHASE BANK N.A, only, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 24th day of July 2019.

                                                                        Respectfully submitted,

                                                                         *s/ Taxiarchis Hatzidimitriadis*
                                                                         Taxiarchis Hatzidimitriadis
                                                                         Sulaiman Law Group, Ltd.
                                                                         2500 S. Highland Ave., Ste. 200
                                                                         Lombard, IL 60148
                                                                         Phone: (630) 575-8181
                                                                         thatz@sulaimanlaw.com
                                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
