UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES W. TURNEY-BOZELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-02571-TWP-MJD ) |
| EQUIFAX INFORMATION SERVICES, LLC, OCWEN LOAN SERVICING, LLC, and JP MORGAN CHASE BANK, N.A., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion to Amend Complaint. [Dkt. 30.] In form, Plaintiff's motion is a request to substitute Ocwen Loan Servicing, LLC for Litton Mortgage, Inc. as a defendant in this matter. That motion is hereby **GRANTED**. On or before **August 30, 2019**, Plaintiff shall file his First Amended Complaint in substantially the same form as is attached to Plaintiff's Motion to Amend. [Dkt. 30-1.] The Clerk is directed to amend the caption of this matter consistent with the caption of this Order.

SO ORDERED.

Dated: 28 AUG 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.