AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

JAMES W. TURNEY-BOZELL

*Plaintiff(s)*

v.

EQUIFAX INFORMATION SERVICES, LLC, JP MORGAN CHASE BANK, N.A, and OCWEN LOAN SERVICING, LLC

*Defendant(s)*

Civil Action No. 1:19-cv-02571-TWP-MJD

**SERVED**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OCWEN Loan Servicing, LLC
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahasse, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: 8/30/2019

BY: _____
Deputy Clerk

# AFFIDAVIT OF PROCESS SERVER

Job # T193699

### Client Info:

TAXIARCHIS HATZIDIMITRIADIS
SULAIMAN LAW GROUP, LTD
2500 SOUTH HIGHLAND AVENUE, SUITE 200
LOMBARD IL 60148

### Case Info:

**PLAINTIFF:**
JAMES W. TURNEY-BOZELL,
-versus-
**DEFENDANT:**
EQUIFAX INFORMATION SERVICES, LLC, JP MORGAN CHASE BANK, N.A, and OCWEN LOAN SERVICING, LLC

USDC FOR THE SOUTHERN DISTRICT OF INDIANA
Court Division: INDIANAPOLIS

Court Case # 1:19-cv-02571-TWP-MJD

### Service Info:

Date Received by ACCURATE SERVE OF PLANTATION: 9/3/2019 at 09:54 AM
Service: I Served OCWEN LOAN SERVICING, LLC C/O REGISTERED AGENT CORPORATION SERVIC COMPANY
With: SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT
by leaving with **SHEENA CRUZE, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

At Business 1201 HAYS STREET TALLAHASSEE, FL 32301
On 9/3/2019 at 03:50 PM
Manner of Service: CORPORATE R/A
F.S. 48.091(1)(2) CORPORATIONS: DESIGNATION OF REGISTERED AGENT

### Served Description: (Approx)

Age: **30**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **130**, Hair: **Blonde** Glasses: **No**

I **KIERAN EASTON** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:
**KIERAN EASTON**
Lic # **256**

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # 2019005352
Job # T193699

SUBSCRIBED AND SWORN to before me this ___4th___ day of __September__, _2019_, by **KIERAN EASTON**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Florida

Notary Public State of Florida
Jeansy Veral Garland
My Commission GG 337593
Expires 05/22/2023